FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 0 4 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 23-1478 WJ |
| ) | |
| vs. ) | 18 U.S.C. §§ 922(g)(1) and 924: Felon in |
| ) | Possession of a Firearm and Ammunition. |
| **JOSEPH ERIC SILVA, a.k.a.** ) | |
| **"Slick,"** ) | |
| ) | |
| Defendant. | |

# INDICTMENT

The Grand Jury charges:

On or about September 21, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JOSEPH ERIC SILVA**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically, murder in the second degree, knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **JOSEPH ERIC SILVA**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

a.  a Taurus G3C 9x19 9mm handgun, serial number ABN322772, and

b.  approximately 104 9mm bullets.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

*Randy Castello*
Assistant United States Attorney

*Sjm*